**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                            Case No. _____

**Cadetto, Grace M** _____        Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **8**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 6, 2012**         **/s/ Grace M Cadetto** _____
                                   Debtor

                                   _____
                                   Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Cadetto, Grace M
2914 North 74th Court
Elmwood Park, IL  60707


James A. Pope
1S660 Midwest Road - Suite 200
Oakbrook Terrace, IL  60181


Bank Of America
P.O. Box 851001
Dallas, TX  75285-1001


Chase Auto Finance
AZ1-1191
201 N. Central Avenue
Phoenix, AZ  85006


Chase Bank
Card Member Service
P.O. Box 15298
Wilmington, DE  19850-5298


Chase Home Finance
Chase Bank
P.O. Box 183166
Columbus, OH  43218-3166


HSBC Retail Services
Menards Store
P.O. Box 15521
Wilmington, DE  19850-5521


Kohl's/Chase
Credit Recovery
P.O. Box 3004
Milwaukee, WI  53201


Sears Card
Citibank USA Sears
P.O. Box 20363
Kansas City, MO  64195


Wells Fargo Home Mortgage
Wells Fargo Bank
P.O. Box 10335
Des Moines, IA  50306-0335